PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL MIGUEL SANTIAGO RIVERA,<br><br>Defendant. | CASE NO. 2:21-MJ-136-CKD<br><br>[AMENDED] STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: September 17, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James Conolly, and defendant Angel Miguel Santiago Rivera, both individually and by and through his counsel of record, Assistant Federal Defender Noa Oren, hereby stipulate as follows:

1. The Complaint in this case was filed on August 27, 2021, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 3, 2021. The court set a preliminary hearing date of September 17, 2021.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to September 24, 2021,[1] at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of

---

[1] The parties had initially filed a stipulation and proposed order to move the preliminary hearing to September 23, 2021. A last-minute scheduling conflict, however, made this date unworkable for the parties and so they now file this amended stipulation.

STIPULATION                                               1

the case.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    3.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the parties request that the time between September 17, 2021, and September 24, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 16, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated:  September 16, 2021 | /s/ NOA OREN<br>NOA OREN<br>Assistant Federal Defender<br>Counsel for Defendant<br>ANGEL MIGUEL SANTIAGO-RIVERA |

PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL MIGUEL SANTIAGO-RIVERA,<br><br>Defendant. | CASE NO. 2:21-MJ-136-CKD<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: September 17, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 16, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to September 24, 2021, at 2:00 p.m.

2. The time between September 17, 2021, and September 24, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: September 16, 2021.

*[signature]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

FINDINGS AND ORDER                              2